UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:17-CV-12462- WGY

ANNA V. KASHPER, Individually and as
Mother and Next Friend of Three Minors and
as Personal Representative of the Estate of
KONSTANTIN M. KASHPER,

    Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A., INC.
TOYOTA MOTOR CORPORATION,
ENTERPRISE FM TRUST
ENTERPRISE FLEET MANAGEMENT,
JOHN DOE 1, JOHN DOE 2, JOHN DOE 3,

    Defendants.

## DEFENDANT'S ENTERPRISE FM TRUST AND ENTERPRISE FLEET MANAGEMENT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant's Enterprise FM Trust and Enterprise Fleet Management ("Enterprise") respectfully requests the Court grant summary judgement in its favor as to claims against Enterprise within plaintiff's Complaint.

In this wrongful death action, plaintiff has failed to offer any evidence of an agency relationship between Enterprise and the driver of the vehicle, Konstantin. Kashper, and has offered no evidence of direct negligence on the part of Enterprise. Additionally, as Enterprise is a leasing company, they are precluded from liability pursuant to the Graves Amendment.

In further support of the same, the defendants Enterprise refer to the attached Memorandum of Law.

1692610v.1

The Defendants,
Enterprise FM Trust and
Enterprise Fleet Management,

By Their Attorneys,


/s/ Kate A. Messinger
Grace V.B. Garcia, BBO #640970
ggarcia@morrisonmahoney.com
Kate A. Messinger, BBO #691468
kmessinger@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-737-8822
Fax:       617-342-4914


## CERTIFICATE OF SERVICE

On August 13, 2018, I, Kate A. Messinger, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Marc S. Alpert. BBO #016420 | David M. Rogers, BBO #542233 |
| Marc S. Alpert, P.C. | Jacob J. Lantry, BBO #690452 |
| 15 Court Square, #940 | Campbell Campbell Edwards & Conroy |
| Boston, MA 02108 | One Constitution Center |
| | Boston, MA 02129 |


/s/ Kate A. Messinger
Kate A. Messinger