UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNA V. KASHPER, individually, and as mother and next friend of Three Minors and as personal representative of the ESTATE OF KONSTANTIN M. KASHPER, <br><br> Plaintiff, <br><br> VS. <br><br> TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR CORPORATION; CALTY DESIGN RESEARCH INC.; TOYOTA TECHNICAL CENTER, U.S.A., INC.; ENTERPRISE FM TRUST; ENTERPRISE FLEET MANAGEMENT; JOHN DOE 1; JOHN DOE 2 and JOHN DOE 3, <br><br> Defendants. | C.A. No. 1:17-cv-12462 |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the new address for James M. Campbell, David M. Rogers and Jacob J. Lantry, counsel for Toyota Motor Sales, U.S.A., Inc.; Calty Design Research Inc.; and Toyota Motor Corporation, is as follows:

Campbell Campbell Edwards & Conroy, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129

All email addresses, telephone numbers, and facsimile numbers will remain the same.

**TOYOTA MOTOR CORPORATION;**
**TOYOTA MOTOR SALES, U.S.A., INC.; and CALTY**
**DESIGN RESEARCH, INC.**

By their Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ David M. Rogers
_____
James M. Campbell (BBO #541882)
jmcampbell@campbell-trial-lawyers.com
David M. Rogers (BBO #542233)
drogers@campbell-trial-lawyers.com
Jacob J. Lantry (BBO #690452)
jlantry@campbell-trial-lawyers.com
1 Constitution Wharf, Suite 310
Boston, MA 02129
Tel:   (617) 241-3000
Fax:   (617) 241-5115

**CERTIFICATE OF SERVICE**

On August 22, 2018, I, David M. Rogers, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Marc S. Alpert
Marc S. Alpert, P.C.
15 Court Square, #940
Boston, MA 02108

/s/ David M. Rogers
David M. Rogers