# EXHIBIT A

**Rogers, David M.**

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Tuesday, September 18, 2018 3:55 PM |
| **To:** | 'Marc Alpert' |
| **Cc:** | Richard Denney |
| **Subject:** | RE: Kashper: Depos of Dr Ziewjewski |

Marc, you need to speak with me about this. Richard does not have an appearance in the case.

Dave Rogers

Campbell Campbell Edwards & Conroy

1 Constitution Wharf, Suite 310

Boston MA 02129

w: 617 241-3063

c: 617 285-9091

drogers@campbell-trial-lawyers.com

**From:** Marc Alpert [mailto:marcalpert2015@gmail.com]
**Sent:** Tuesday, September 18, 2018 3:52 PM
**To:** Rogers, David M.
**Cc:** Richard Denney
**Subject:** Re: Kashper: Depos of Dr Ziewjewski

Richard is going to talk to you about this--Marc

On Tue, Sep 18, 2018 at 8:30 AM Rogers, David M. <drogers@campbell-trial-lawyers.com> wrote:

Marc, I am going to give this one more try before filing a motion to preclude Dr. Ziewjewski. The only remaining dates on which I can depose him before Toyota's experts are going to be deposed are: September 27, 28 or October 5th. If you do not agree to produce him for a deposition on one of these three dates by the end of business today, I will file a motion to preclude him from testifying.

Dave Rogers

Campbell Campbell Edwards & Conroy

1 Constitution Wharf, Suite 310

Boston MA 02129

w: 617 241-3063

c: 617 285-9091

drogers@campbell-trial-lawyers.com

---

**From:** Rogers, David M.
**Sent:** Monday, September 17, 2018 8:11 AM
**To:** Marc Alpert
**Cc:** Grace V. B. Garcia; Kate Messinger; Lantry, Jacob J.
**Subject:** RE: Kashper: Depos of Dr Ziewjewski

Marc, following up, when are you available for a conversation today with me today or tomorrow pursuant to Local Rule 7.1? Please advise.

Dave Rogers

Campbell Campbell Edwards & Conroy

1 Constitution Wharf, Suite 310

Boston MA 02129

w: 617 241-3063

c: 617 285-9091

drogers@campbell-trial-lawyers.com

---

**From:** Rogers, David M.
**Sent:** Saturday, September 15, 2018 4:10 PM
**To:** Marc Alpert
**Cc:** Grace V. B. Garcia; Kate Messinger; Lantry, Jacob J.
**Subject:** Re: Kashper: Depos of Dr Ziewjewski

Marc, when are you available on Monday for a meet and confer per the local USDC rules. I intend to file a motion to preclude him from testifying. Do you agree to that motion?

Dave Rogers

Campbell Campbell Edwards & Conroy

1 Constitution Wharf, Suite 310

Boston MA 02129

w: 617 241-3063

c: 617 285-9091

drogers@campbell-trial-lawyers.com

On Sep 15, 2018, at 11:00 AM, Marc Alpert <marcalpert2015@gmail.com> wrote:

> My apologies somehow I did not notice your e-mail on Friday. Dr. Ziejewski will not be doing the deposition on the 18th. If Dr. Ziejewski does not return the $1200.00 paid to him for the deposition, I will do so.--Marc Alpert

On Sat, Sep 15, 2018 at 8:21 AM Rogers, David M. <drogers@campbell-trial-lawyers.com> wrote:

> Marc, I guess I have no choice given your failure to respond but to cancel my travel plans for Monday. Please contact me Monday.
>
> Dave Rogers
>
> Campbell Campbell Edwards & Conroy
>
> 1 Constitution Wharf, Suite 310
>
> Boston MA 02129
>
> w: 617 241-3063
>
> c: 617 285-9091
>
> drogers@campbell-trial-lawyers.com

On Sep 14, 2018, at 10:14 AM, Rogers, David M. <drogers@Campbell-trial-lawyers.com> wrote:

> Marc, what is the story? I want to proceed and am traveling Monday.

Dave Rogers

Campbell Campbell Edwards & Conroy

1 Constitution Wharf, Suite 310

Boston MA 02129

w: 617 241-3063

c: 617 285-9091

drogers@campbell-trial-lawyers.com

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

## Rogers, David M.

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Saturday, September 15, 2018 8:21 AM |
| **To:** | marcalpert2015@gmail.com |
| **Cc:** | Lantry, Jacob J.; Kate Messinger; Visocchi, Julia A. |
| **Subject:** | Re: Kashper: Depos of Dr Ziewjewski |

Marc, I guess I have no choice given your failure to respond but to cancel my travel plans for Monday. Please contact me Monday.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

On Sep 14, 2018, at 10:14 AM, Rogers, David M. <drogers@Campbell-trial-lawyers.com> wrote:

Marc, what is the story? I want to proceed and am traveling Monday.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

**Rogers, David M.**

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Wednesday, September 12, 2018 2:33 PM |
| **To:** | 'Marc Alpert'; 'KMessinger@morrisonmahoney.com' |
| **Cc:** | Lantry, Jacob J.; 'GGarcia@morrisonmahoney.com' |
| **Subject:** | RE: Cancel Ziejewski deposition |

I booked non-refundable flights. If he is not going to attend the deposition as scheduled, you are going to have to pay the cost.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

**From:** Rogers, David M.
**Sent:** Wednesday, September 12, 2018 2:29 PM
**To:** 'Marc Alpert'; KMessinger@morrisonmahoney.com
**Cc:** Lantry, Jacob J.; GGarcia@morrisonmahoney.com
**Subject:** RE: Cancel Ziejewski deposition

Unacceptable.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

**From:** Marc Alpert [mailto:trepla2380@juno.com]
**Sent:** Wednesday, September 12, 2018 2:22 PM
**To:** Rogers, David M.; KMessinger@morrisonmahoney.com
**Cc:** Lantry, Jacob J.; GGarcia@morrisonmahoney.com
**Subject:** Cancel Ziejewski deposition

Have to cancel Dr. Ziejewski's deposition scheduled for the 18th

Marc S. Alpert,
Marc S. Alpert, P.C.
15 Court Square , #940
Boston, MA 02108-2524
Phone: 617 227-2380
Fax: 866-393-2857
e-mail: trepla2380@juno.com

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

**Rogers, David M.**

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Monday, September 10, 2018 11:44 AM |
| **To:** | 'Marc Alpert' |
| **Cc:** | Visocchi, Julia A.; Lantry, Jacob J. |
| **Subject:** | FW: Kashper: 2018.09.10 LT Mariusz Ziejewski, Ph.D. $1,200 payment for depo fee.PDF |
| **Attachments:** | 2018.09.10 LT Mariusz Ziejewski, Ph.D. $1,200 payment for depo fee.PDF |

Marc, fyi.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

# CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION CENTER
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

**DAVID M. ROGERS**
(617) 241-3063
drogers@campbell-trial-lawyers.com

September 10, 2018

*Via Federal Express*
Mariusz Ziejewski, Ph.D.
MZ Engineering
2363 20th Avenue South
Fargo, ND 58103

   Re: *Anna Kashper v. Toyota Motor Sales, U.S.A., Inc., et al*
     USDC Massachusetts, Docket No. C.A. No. 1:17-cv-12462-WGY

Dear Mr. Ziejewski:

   In reference to the above matter, enclosed is the $1,200.00 payment for your deposition
fee.

   Thank you.

        Very truly yours,

        David M. Rogers

DMR:jav
Enclosure

cc: Marc S. Alpert, Esq.

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND

CAMPBELL CAMPBELL EDWARDS & CONROY

PROFESSIONAL CORPORATION

ONE CONSTITUTION CENTER
BOSTON, MASSACHUSETTS 02129

**CAMPBELL**
TRIAL LAWYERS

No. 024950

TD BANK
AMERICA'S MOST CONVENIENT BANK

53-7054/211
4825

VOID AFTER 60 DAYS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 9/7/2018 | 24950 | ***1,200.00*** |

***One Thousand, Two Hundred & No/100 Dollars***

PAY
TO THE
ORDER OF

MZ Engineering
2363 20th Avenue South
Fargo ,ND 58103

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION
OPERATING ACCOUNT

BY

⑈0 24950⑈ ⑆2113 7054 5⑆ 8 2496 26 257⑈

CAMPBELL CAMPBELL EDWARDS & CONROY

02495

9/7/2018  Check Number 24950  Check Amount **1,200.00**
          MZ Engineering , 2363 20th Avenue South
          Fargo ,ND 58103

          091818          322-162  322-162                                    $1,200.00
                                                                              **$1,200.00**

09-05-'18 18:52 FROM- MZ Engineering        7012931454            T-992  P0002/0003 F-103



# MZ Engineering

Mariusz Ziejewski, Ph.D.

2363 20th Avenue South
Fargo, ND 58103
Mariusz.Ziejewski@ndsu.edu

Phone: (701) 232-9223
Fax: (701) 293-1454

September 5, 2018

Via fax only - 866-293-2857

M. Alpert
Attorney at Law

## INVOICE
Cient: Kashper

Deposition fee. Up to three (3) hours of deposition time, on 9/18/18.          $ 1,200.00

**BALANCE DUE**          **$ 1,200.00**

Please make check payable to:  **MZ Engineering**
2363 20th Avenue S
Fargo, ND 58103

Our tax ID # 45-0435836

All charges are due upon receipt of invoice.  A late payment charge on delinquent accounts will be billed at 1 ½% per month.

**Rogers, David M.**

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Thursday, August 30, 2018 12:11 PM |
| **To:** | marcalpert2015@gmail.com |
| **Cc:** | Visocchi, Julia A.; Lantry, Jacob J.; GGarcia@morrisonmahoney.com; 'Messinger, Kate' |
| **Subject:** | RE: Kashper: Deposition Dates |

Marc, I need to hear from you about the dates for our experts' depositions. Please respond as soon as possible.

Regarding the deposition of Marius Ziejewski, I intend to proceed on the date offered, September 18th consistent with the deposition notice I served and will book my travel plans today.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

---

**From:** Rogers, David M.
**Sent:** Wednesday, August 29, 2018 12:43 PM
**To:** marcalpert2015@gmail.com
**Cc:** Visocchi, Julia A.; Lantry, Jacob J.
**Subject:** Kashper: Deposition Dates

Marc, I offered October 25th for Tandy (he also has Sep 18 and 19 available but of course we can't do those because of Ziejewski's depos) and September 20, October 5 and 8 for Van Arsdell. Please let me know as soon as possible which of these dates you select. Both experts are being asked to schedule other matters for those dates.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

**Rogers, David M.**

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Tuesday, August 28, 2018 12:59 PM |
| **To:** | 'Marc Alpert'; GGarcia@morrisonmahoney.com; 'Messinger, Kate' |
| **Subject:** | Kashper: NOD Mariusz Ziejewski, Ph.D. 09.18.18 at 9amCST/10amEST |
| **Attachments:** | 2018.08.28 LT Counsel enc NOD Mariusz Ziejewski, Ph.D..PDF; 2018.08.28 NOD Mariusz Ziejewski, Ph.D..PDF |

All, see the attached deposition notice for Mariusz Ziejewski.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNA V. KASHPER, individually, and as mother and next friend of Three Minors and as personal representative of the ESTATE OF KONSTANTIN M. KASHPER,<br><br>Plaintiff,<br><br>VS.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR CORPORATION; ENTERPRISE FM TRUST; ENTERPRISE FLEET MANAGEMENT; JOHN DOE 1; JOHN DOE 2 and JOHN DOE 3,<br><br>Defendants. | C.A. No. 1:17-cv-12462-WGY |

## NOTICE OF TAKING DEPOSITION OF MARIUSZ ZIEJEWSKI, PH.D.

TO:        Marc S. Alpert
Marc S. Alpert, P.C.
15 Court Square, #940
Boston, MA 02108

Grace Garcia, Esq.
Morrison Mahoney
250 Summer Street
Boston, MA 02210

DEPONENT:    Mariusz Ziejewski, Ph.D.

DATE:    Tuesday, September 18, 2018

TIME:    9:00 a.m. C.S.T. / 10:00 a.m. E.S.T.

PLACE:    Doug Ketcham & Associates
51 Broadway, Suite 130
Fargo, ND 58102
(701) 237-0275

1

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30, counsel for defendant, Toyota Motor Sales, U.S.A., Inc., will take the deposition upon oral examination of Mariusz Ziejewski, Ph.D., at the date and time herein above referred to, before a Notary Public or other duly qualified person, at the offices of Doug Ketcham & Associates, 51 Broadway, Suite 130, Fargo, ND 58102, 701-237-0275, at which time and place you are notified to appear.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine the witness.

The deponent is instructed to bring the materials identified in the attached Schedule A.

**TOYOTA MOTOR SALES, U.S.A., INC**

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

James M. Campbell (BBO #541882)
David M. Rogers (BBO #542233)
Jacob J. Lantry (BBO #690452)
One Constitution Wharf, Suite 310
Boston, MA 02129
Tel:   (617) 241-3000
Fax:   (617) 241-5115

## CERTIFICATE OF SERVICE

On August 28, 2018, I, David M. Rogers, served by electronic mail and regular mail the foregoing document on all parties of record.

Marc S. Alpert
Marc S. Alpert, P.C.
15 Court Square, #940
Boston, MA 02108

Grace Garcia, Esq.
Morrison Mahoney
250 Summer Street
Boston, MA 02210

_____
David M. Rogers

<u>SCHEDULE A</u>

The deponent is requested to bring to the deposition his complete file and in particular all of the following documents relative to:

*Anna Kashper v. Toyota Motor Sales, U.S.A., Inc., et al*
<u>USDC Massachusetts, Docket No. C.A. No. 1;17-cv-12462-WGY</u>

1.   The witness's most current CV including a list of all papers written by the witness.

2.   A list of cases in which the witness has testified, in trial or deposition.

3.   All photographs and videotapes taken by or for the witness in connection with his work on this case.  (As defense counsel will want prints of these materials, he requests for the sake of convenience that the witness have prints made for him in advance of the deposition, for which he will reimburse the witness.)

4.   All photographs and videotapes reviewed by the witness in connection with his work on this case.  (As defense counsel will want electronic copies of these materials, he requests for the sake of convenience that the witness have such copies made for him in advance of the deposition, for which he will reimburse the witness.)

5.   All reports prepared by the witness in connection with his work on this case.

6.   All notes, memoranda, sketches, calculations, summaries and outlines prepared by or for the witness in connection with his work on this case.

7.   The complete contents of all files assembled or maintained by or for the witness in connection with his work on this case.

8.   All books, reports, specifications, treatises, studies, literature and articles consulted by the witness in connection with his work on this case and/or which contain information on which the witness relies in support of his opinions in this case.

9.   All correspondence from other persons relating to this case.

10.   All correspondence to other persons relating to this case.

11.   All witness statements reviewed by the witness in connection with his work on this case.

12.   All deposition transcripts and exhibits reviewed by the witness in connection with his work on this case.

13.   All technical specifications reviewed by the witness in connection with his work on this case.

14. All documents generated or produced by the defendant reviewed by the witness in connection with his work on this case.

15. All police reports, ambulance reports, medical records, films and other official reports reviewed by the witness in connection with his work on this case.

16. All exemplar vehicles and exemplar parts inspected by the witness in connection with his work on this case.

17. All models and mock-ups constructed by or for the witness in connection with his work on this case.

18. All data generated through computer analyses done by or for the witness in connection with his work on this case, whether or not it has previously been reduced to hard copy.

19. All input data relative to computer analyses done by or for the witness in connection with his work on this case, whether or not it has previously been reduced to hard copy.

20. All drawings, schematics, diagrams, computer graphics and/or simulations prepared by or for the witness in connection with his work on this case.

21. All plans and surveys of the accident scene prepared by or for the witness, or reviewed by the witness, in connection with his work on this case.

22. All physical evidence retrieved from the accident scene.

23. All physical evidence taken from the subject vehicle.

24. All traffic accident data obtained by or for the witness in connection with his work on this case from publicly accessible databases, including without limitation FARS, NASS and the databases maintained by state agencies.

26. All billings, invoices, receipts and other documents reflecting time spent and rate charged on the assignment and work, done in this case.

27. Reports, notes, memoranda, videotapes, photographs or other materials which depict, contain or describe testing done in this case.

28. Reports, notes, memoranda, videotapes, photographs or other materials which depict, contain or describe testing upon which the witness relies as the basis for his opinions in this case.

29. Documents, data, reports, DVDs, videotapes and/or other materials which contain information upon which the witness relies as the basis for his opinions in this case.

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION CENTER
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

**DAVID M. ROGERS**
**(617) 241-3063**
drogers@campbell-trial-lawyers.com

August 28, 2018

Marc S. Alpert, Esq.
Marc S. Alpert, P.C.
15 Court Square
Boston, MA 02108

Grace Garcia, Esq.
Morrison Mahoney
250 Summer Street
Boston, MA 02210

  Re: *Anna Kashper v. Toyota Motor Sales, U.S.A., Inc., et al*
     USDC Massachusetts, Docket No. C.A. No. 1:17-cv-12462-WGY

Dear Counsel:

  Enclosed is a Notice of Taking Deposition of Mariusz Ziejewski, Ph.D. scheduled to take place on Tuesday, September 18, 2018 at 9am CST / 10am EST at the offices of Doug Ketcham & Associates, 51 Broadway, Suite 130, Fargo, ND 58102.

  Thank you for your attention in this matter.

           Very truly yours,

           David M. Rogers

DMR:jav
Enclosure

cc:  James M. Campbell, Esq. (w/out enc.)
   Jacob J. Lantry, Esq. (w/out enc.)

CONNECTICUT  •  MAINE  •  MASSACHUSETTS  •  NEW HAMPSHIRE  •  NEW JERSEY  •  PENNSYLVANIA  •  RHODE ISLAND

**Rogers, David M.**

| | |
|---|---|
| **From:** | Rogers, David M. |
| **Sent:** | Tuesday, August 28, 2018 9:06 AM |
| **To:** | 'Marc Alpert'; GGarcia@morrisonmahoney.com; 'Messinger, Kate' |
| **Cc:** | Lantry, Jacob J. |
| **Subject:** | Kashper: Expert Depositions |

Marc, I am going to take Dr. Ziejewski's deposition in person instead of via AV Conference in Fargo ND on September 18th. I am working on a location and as soon as I have it I will send out the deposition notice.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com