UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA V. KASHPER, individually, and as mother and next friend of Three Minors and as personal representative of the ESTATE OF KONSTANTIN M. KASHPER, <br><br> Plaintiff, <br><br> VS. <br><br> TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR CORPORATION; ENTERPRISE FM TRUST; ENTERPRISE FLEET MANAGEMENT; JOHN DOE 1; JOHN DOE 2 and JOHN DOE 3, <br><br> Defendants. | C.A. No. 1:17-cv-12462-WGY |

## THE PARTIES' JOINT MOTION TO CANCEL MEDIATION

The plaintiff and defendants jointly request that the mediation currently scheduled for December 5, 2018 before Magistrate Judge Marianne B. Bowler be canceled.

The parties are in the process of attempting to finalize a settlement of all claims in the case and agree that mediation with the Court is unnecessary.

DATED: November 27, 2018

| **PLAINTIFF** | **TOYOTA MOTOR SALES, U.S.A., INC.** |
|---|---|
| By her Attorneys | By its Attorneys |

/s/ Marc S. Alpert　　　　　　　　　　　/s/ Jacob J. Lantry
Marc S. Alpert　　　　　　　　　　　　James M. Campbell (BBO #541882)
Marc S. Alpert, P.C.　　　　　　　　　David M. Rogers (BBO #542233)
15 Court Square, #940　　　　　　　　Jacob J. Lantry (BBO #690452)
Boston, MA 02108　　　　　　　　　　Campbell Campbell Edwards & Conroy, P.C.
　　　　　　　　　　　　　　　　　　One Constitution Center
**ENTERPRISE FM TRUST and**　　　　Boston, MA 02120 | 617-241-3000
**ENTERPRISE FLEET MANAGEMENT**　jmcampbell@campbell-trial-lawyers.com
　　　　　　　　　　　　　　　　　　drogers@campbell-trial-lawyers.com
By their Attorneys,　　　　　　　　　　jlantry@campbell-trial-lawyers.com

MORRISON MAHONEY LLP

/s/ Grace Garcia
Grace Garcia
250 Summer Street
Boston, MA 02210
617-439-7500

## CERTIFICATE OF SERVICE

On November 27, 2018, I, Jacob J. Lantry, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jacob J. Lantry
Jacob J. Lantry