# EXHIBIT 1

## Messinger, Kate

| | |
|---|---|
| **From:** | Marc Alpert <trepla2380@juno.com> |
| **Sent:** | Friday, October 26, 2018 11:07 AM |
| **To:** | Messinger, Kate |
| **Cc:** | avkashper@gmail.com; drogers@campbell-trial-lawyers.com |
| **Subject:** | Re: Kashper v. Toyota et al. |

**\*\*External Email\*\***

No, just the product related claims. There is another case pending that Morrison Mahoney is defending arising from the compensation case. Right now Enterprise is not a defendant and it appears no basis to make it a defendant. However, I do not know where this case might go and if discovery indicates Enterprise should be included, then the complaint may be amended. Your firm knows better than I how likely or unlikely that is.-- Marc Alpert


Marc S. Alpert,
Marc S. Alpert, P.C.
15 Court Square , #940
Boston, MA 02108-2524
Phone: 617 227-2380
Fax: 866-393-2857
e-mail: trepla2380@juno.com



---------- Original Message ----------
From: "Messinger, Kate" <KMessinger@morrisonmahoney.com>
To: 'Marc Alpert' <marcalpert2015@gmail.com>, "'trepla2380@juno.com'" <trepla2380@juno.com>
Cc: "Garcia, Grace" <GGarcia@morrisonmahoney.com>
Subject: Kashper v. Toyota et al.
Date: Fri, 26 Oct 2018 14:26:05 +0000

Marc,


Confirming our conversation in which we agreed to settle all claims against the Enterprise Defendants, Enterprise FM Trust and Enterprise Fleet Management for $███.


Thanks,


Kate

1

**Kate A. Messinger**
Associate

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
T (617) 439-7506.| F (617) 342-4844
KMessinger@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.