# EXHIBIT 3

**Messinger, Kate**

| | |
|---|---|
| **From:** | Marc Alpert <marcalpert2015@gmail.com> |
| **Sent:** | Tuesday, October 30, 2018 7:24 AM |
| **To:** | Messinger, Kate |
| **Subject:** | Re: Kashper v. Toyota et al. |

**\*\*External Email\*\***

Again, settling all claims relating to product defect. Not settling anything relating to the second lawsuit or the workers compensation. Morrison Mahoney knows better than I whether Enterprise may be added to the second lawsuit as a defendant.

Will send you a W-9. Tax id is ███████. --Marc Alpert

On Fri, Oct 26, 2018 at 10:26 AM Messinger, Kate <KMessinger@morrisonmahoney.com> wrote:

Marc,

Confirming our conversation in which we agreed to settle all claims against the Enterprise Defendants, Enterprise FM Trust and Enterprise Fleet Management for $█████.

Thanks,

Kate

**Kate A. Messinger**
Associate

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
T (617) 439-7506 | F (617) 342-4844
KMessinger@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | Massachusetts | New Hampshire | New Jersey | New York | Rhode Island | United Kingdom

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmissions, dissemination or other use of, or taking of any action in reliance upon

1

this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.