# EXHIBIT 4

**Messinger, Kate**

| | |
|---|---|
| From: | Rogers, David M. <drogers@Campbell-trial-lawyers.com> |
| Sent: | Thursday, November 01, 2018 2:42 PM |
| To: | Marc Alpert |
| Cc: | Lantry, Jacob J.; Visocchi, Julia A.; Garcia, Grace; Messinger, Kate |
| Subject: | Kashper: Draft Joint Release |
| Attachments: | Kashper - Release DMR 10.31.18.docx |
| Importance: | High |

**External Email**

Marc, attached is a joint release which has been approved by Toyota, but Enterprise is still reviewing it. I would like to report the case settled to the court today because of the summary judgment motion deadline, recognizing of course that there are several additional things that need to be accomplished including (a) finalizing and executing the release, (b) your preparation of a petition for approval of the settlement under the worker's compensation statute, (c) Judge Young's approval of the petition and (d) filing a stipulation of dismissal.

Do you agree the case can be reported settled to the court? Enterprise's counsel agrees.

Dave Rogers
Campbell Campbell Edwards & Conroy
1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com

---

From: Rogers, David M.
Sent: Wednesday, October 31, 2018 10:06 AM
To: GGarcia@morrisonmahoney.com; Messinger, Kate <KMessinger@morrisonmahoney.com>
Cc: Visocchi, Julia A. <jvisocchi@Campbell-trial-lawyers.com>; Lantry, Jacob J. <JLantry@Campbell-trial-lawyers.com>
Subject: Kashper: Draft Joint Release

Grace and Kate, attached for your review and consideration is a draft joint release which has been approved by Toyota. I have not sent this to Marc Alpert yet. I think it is safe to report the case settled to the court. Do you agree?

Dave Rogers
Campbell Campbell Edwards & Conroy

1 Constitution Wharf, Suite 310
Boston MA 02129
w: 617 241-3063
c: 617 285-9091
drogers@campbell-trial-lawyers.com