# EXHIBIT 6

## Messinger, Kate

**To:** Garcia, Grace
**Subject:** RE: Activity in Case 1:17-cv-12462-WGY Kashper v. Toyota Motor Sales U .S.A, Inc et al Notice of Hearing on Motion

---

**From:** Marc Alpert [mailto:trepla2380@juno.com]
**Sent:** Thursday, November 15, 2018 3:37 PM
**To:** Garcia, Grace <GGarcia@morrisonmahoney.com>
**Subject:** RE: Activity in Case 1:17-cv-12462-WGY Kashper v. Toyota Motor Sales U .S.A, Inc et al Notice of Hearing on Motion

**\*\*External Email\*\***

Thank you. Can not agree at this time.

I am having a great deal of difficulty working with Toyota's proposed release and agreement that goes way beyond what was agreed to, and may not be able to come up with something that satisfies my clients and at the same time may work for Toyota. Toyota's proposed release and agreement does not even resemble the actual settlement.

As for Enterprise the document sent to me by Toyota is not in conformity. When I got Kate's e-mail on the settlement, I immediately sent this e-mail back

> Re: Kashper v. Toyota et al.
> Back to Messages
> From: "Marc Alpert" <trepla2380@juno.com>
> Full Header
> To:KMessinger@morrisonmahoney.com
> Cc:avkashper@gmail.com, drogers@campbell-trial-lawyers.com
> Sent: Fri, Oct 26, 2018 11:06 AM
> No, just the product related claims. There is another case pending that Morrison Mahoney is defending arising from the compensation case. Right now Enterprise is not a defendant and it appears no basis to make it a defendant. However, I do not know where this case might go and if discovery indicates Enterprise should be included, then the complaint may be amended. Your firm knows better than I how likely or unlikely that is.--Marc Alpert

> Marc S. Alpert,
> Marc S. Alpert, P.C.
> 15 Court Square , #940
> Boston, MA 02108-2524
> Phone: 617 227-2380
> Fax: 866-393-2857
> e-mail: trepla2380@juno.com

1

---------- Original Message ----------
From: "Messinger, Kate" <KMessinger@morrisonmahoney.com>
To: 'Marc Alpert' <marcalpert2015@gmail.com>, "'trepla2380@juno.com'" <trepla2380@juno.com>
Cc: "Garcia, Grace" <GGarcia@morrisonmahoney.com>
Subject: Kashper v. Toyota et al.
Date: Fri, 26 Oct 2018 14:26:05 +0000

Marc,

Confirming our conversation in which we agreed to settle all claims against the Enterprise Defendants, Enterprise FM Trust and Enterprise Fleet Management for $▇▇▇.

Thanks,

Kate

**Kate A. Messinger**
Associate

MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T (617) 439-7506 | F (617) 342-4844
KMessinger@morrisonmahoney.com | www.morrisonmahoney.com

Connecticut | M

My recollection is efforts to purchase the Toyota Tacoma failed or whatever after I received proposed paperwork that had language that could be construed as releasing or dropping the pending Middlesex case that is presently against TriState and Borrego. Morrison and Mahoney is representing both Tristate and Borrego in that case.

<u>**If Enterprise wants to do a separate release with Anna Kashper for $▇▇▇ that releases the product claims, let me know and I will draft one for your review and approval. As soon as one is approved, I will submit to Anna for signature. No reason why this can not be done by Monday or Tuesday. As Morrison Mahoney represents both the compensation insurer and the Employer, I assume getting their signatures and waivers on the Enterprise settlement can be quickly accomplished. The total expenses to be reimbursed are more than $▇▇▇▇**</u>

2

Marc S. Alpert,
Marc S. Alpert, P.C.
15 Court Square , #940
Boston, MA 02108-2524
Phone: 617 227-2380
Fax: 866-393-2857
e-mail: trepla2380@juno.com


---------- Original Message ----------
From: "Garcia, Grace" <GGarcia@morrisonmahoney.com>
To: Marc Alpert <trepla2380@juno.com>
Cc: "'Rogers, David M.'" <drogers@Campbell-trial-lawyers.com>, "Visocchi, Julia A." <jvisocchi@Campbell-trial-lawyers.com>, "Lantry, Jacob J." <JLantry@Campbell-trial-lawyers.com>, "Messinger, Kate" <KMessinger@morrisonmahoney.com>
Subject: RE: Activity in Case 1:17-cv-12462-WGY Kashper v. Toyota Motor Sales U.S.A, Inc et al Notice of Hearing on Motion
Date: Thu, 15 Nov 2018 18:53:29 +0000

Marc,

Given the settlement and the fact that the Court still has this hearing scheduled, please confirm that I can sign your name and file the attached with the Court. I would like to submit this today, so please let me know as soon as possible.


Sincerely,

Grace

---

**Grace V. Garcia**
Partner

MORRISON MAHONEY LLP | 250 Summer Street, Boston, MA 02210

3

T 617.737.8822 | F 617.342.4914 | www.morrisonmahoney.com | bio

CONNECTICUT | ENGLAND | MASSACHUSETTS | NEW HAMPSHIRE | NEW JERSEY | NEW YORK | RHODE ISLAND

*The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.*

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Thursday, November 15, 2018 9:35 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:17-cv-12462-WGY Kashper v. Toyota Motor Sales U.S.A, Inc et al Notice of Hearing on Motion

**\*\*External Email\*\***

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2018 at 9:35 AM EST and filed on 11/15/2018

**Case Name:** Kashper v. Toyota Motor Sales U.S.A, Inc et al
**Case Number:** 1:17-cv-12462-WGY

4

**Filer:**
**Document Number:** 76(No document attached)

**Docket Text:**
ELECTRONIC NOTICE Resetting Hearing on Motion [54] MOTION for Summary Judgment : Motion Hearing reset for 11/29/2018 02:00 PM before Judge William G. Young. This hearing will take place at Northeastern University Law School, moot court room, Dockser Hall, 65 Forsyth Street, Boston, MA 02115. (Gaudet, Jennifer)

**1:17-cv-12462-WGY Notice has been electronically mailed to:**

James M. Campbell    jmcampbell@campbell-trial-lawyers.com, coliveira@campbell-trial-lawyers.com, crenaud@campbell-trial-lawyers.com, mmichitson@campbell-trial-lawyers.com

Marc S. Alpert    trepla2380@juno.com

David M. Rogers    drogers@campbell-trial-lawyers.com, jvisocchi@campbell-trial-lawyers.com

Grace V. Bacon Garcia    ggarcia@morrisonmahoney.com, dinfascelli@morrisonmahoney.com, ndindinger@morrisonmahoney.com

Jacob J. Lantry    jlantry@campbell-trial-lawyers.com, llarocque@campbell-trial-lawyers.com

Kate A. Messinger    kmessinger@morrisonmahoney.com, kate.a.desmond@gmail.com

**1:17-cv-12462-WGY Notice will not be electronically mailed to:**