William Vanarsdell
Exhibit No. 5
For Identification
10/8/18        CM

# Safety Restraint Examination



SERVICE ★ EXCELLENCE ★ PRIDE ★ DEDICATION
SOCCIT
CRASH TEAM



| Authority: 1949 PA 300, Sec.257.622<br>Compliance: Required   MSP UD-10E<br>Penalty: $100 and/or 90 days (Rev 11/2006) | | External #<br>####### | Crash ID<br>8036809 | | Page 01 of 01 | |
|---|---|---|---|---|---|---|
| | | | | | Incident # ########### | File Class 9300-1 |

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Incident Disposition
Closed

Reviewer
ZZLA-SHACKLEFORD (99982)

| ORI<br>MI 6326200 | Department Name<br>Bloomfield Twp Police Dept | | | |
|---|---|---|---|---|
| Crash Date<br>05/19/2011 | Crash Time<br>01:07 | No. of Units<br>01 | Crash Type<br>Single Motor Vehicle | Special Circumstances ● None ○ Deer ○ School Bus ○ Hit and Run ○ Fleeing Police |

Special Checks ○ Fatal   ○ Non-Traffic Area   ○ ORV/Snowmobile

| County<br>63 - Oakland | Traffic Control<br>None | Relation to Roadway<br>Shoulder | Special Study | Weather<br>Cloudy | Area<br>10 - NON-FRWY Straight roadway |
|---|---|---|---|---|---|
| City/Twsp<br>03 - Bloomfield Twp | Construction Zone (if applicable)<br>Type | Lane Closed | Activity | Light<br>Dark-Unlighted | Road Condition<br>Wet | Total Lanes<br>03 | Speed Limit<br>50 | Posted<br>Yes |

**LOCATION**

| Prefix | Road Name<br>WOODWARD | Road Type<br>AVE | Suffix | Divided Roadway |
|---|---|---|---|---|
| Distance<br>700 Feet N | | Traffic Way<br>02 - Divided Hwy wo/barrier | | Access Control<br>03 - Other, partial control |
| Prefix<br>W | Intersecting Road<br>BIG BEAVER | Road Type<br>RD | Suffix | Divided Roadway |

**UNIT/DRIVER**

| Unit Number<br>01 | Unit Known<br>Yes | State<br>MI | Driver License Number<br>############# | Date of Birth (Age)<br>07/23/1991 (19) | License Type ● Operator ○ Cycle ○ Chauffer ○ Farm ○ Moped ○ Recreation | Endorsements | Sex<br>M | Total Occupants<br>01 | Hazardous Action<br>16 - Careless/negligent |
|---|---|---|---|---|---|---|---|---|---|

| Unit Type<br>MV | Driver Information<br>###########################<br>###########################<br>BLOOMFIELD HILLS, MI 48304-3554    (###) ###-#### | Injury<br>A | Position<br>01 | Restraint<br>04 | Hospital<br>WILLIAM BEAUMONT HOSPITAL |
|---|---|---|---|---|---|

| Driver Condition<br>○1 ○2 ○3 ○4 ○5 ●6 ○7 ○8 ○9 ○99 | Interlock<br>No | Ejected | Trapped | Airbag Deployed<br>Yes | Ambulance<br>BLOOMFIELD TWP FIRE DEPT |
|---|---|---|---|---|---|

| Alcohol ○ Yes  ● No  ○ Refused  ● Not offered<br>Test Type ○ Field  ○ PBT  ○ Breath  ○ Blood  ○ Urine | Test Results | Drugs ○ Yes  ● No<br>Test Type ○ Blood  ○ Urine | Test Results | Citation Issued ○ Hazardous   ○ Other |
|---|---|---|---|---|

| Vehicle Registration<br>############### | State<br>MI | Insurance / Policy #<br>############################### | Towed To/By<br>############################### | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|
| | | | | 0 | | |

| VIN<br>################# | Vehicle Description<br>MERCURY | Make<br>MARQUIS | Model | Color<br>BLUE | Year<br>2003 | Vehicle Type<br>Passenger Car |
|---|---|---|---|---|---|---|

| Location of Greatest Damage<br>07 | First Impact<br>08 | Extent of Damage<br>7 | Driveable<br>No | Vehicle Direction<br>S | Vehicle Use<br>01 - Private | Action Prior<br>01 - Going Straight Ahead |
|---|---|---|---|---|---|---|

| Sequence of Events:<br>(● indicates MOST harmful event) | First<br>04 - Ran off roadway-right | Second<br>● 39 - Tree | Third | Fourth |
|---|---|---|---|---|

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

SANITIZED   SANITIZED   ED   SANITIZED

| Road Type | | | | Suffix | | Divided Roadwa |
|---|---|---|---|---|---|---|
| AVE | | | | | | |

| Traffic Way | | Access Control |
|---|---|---|
| 02 - Divided Hwy wo/barrier | | 03 - Other, partial control |

| Road Type | | | | Suffix | | Divided Roadwa |
|---|---|---|---|---|---|---|
| RD | | | | | | |

| Date of Birth (Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|
| 07/23/1991 (19) | ● Operator<br>O Chauffer<br>O Moped | O Cycle<br>O Farm<br>O Recreation | M | 01 | 16 - Careles |

| | Injury | Position | Restraint | Hospital |
|---|---|---|---|---|
| #) ###-#### | A | 01 | 04 | WILLIAM BEAUMONT HOSPITAL |

| Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|
| No | | | Yes | BLOOMFIELD TWP FIRE DEPT |

| Test Results | Drugs | | Test Results | Citation Issued |
|---|---|---|---|---|
| | O Yes   ● No<br>Test Type   O Blood   O Urine | | | O Hazardous          O |

| | Towed To/By | | Special Vehicles | Private Trailer |
|---|---|---|---|---|
| ###### | ############################# | | 0 | |

| Model | Color | Year | Vehicle Type |
|---|---|---|---|
| MARQUIS | BLUE | 2003 | Passenger Ca |

The value entered here is the *investigator's* opinion

Occupant's statement
Witness's statement
EDR
Physical evidence
Injury pattern

# Choices, Choices

| | **Restraint** | | | **Helmet** |
|---|---|---|---|---|
| 01 | No belts available | | 10 | Helmet worn |
| 02 | Shoulder belt only used | | 11 | Helmet not worn |
| 03 | Lap belt only | | 12 | Helmet use unknown |
| 04 | Shoulder and lap belt used | | | |
| 05 | No belts used | | | |
| 06 | Child restraint used | | | |
| 07 | Child restraint not used, not available or improper | | | |
| 08 | Restraint failure | | | |
| 09 | Restraint use unknown | | | |

# Event Data Recorder







# Two Methods to Download Data

## Through the vehicles Diagnostic Link Detector (DLC)






Direct to the airbag module

The Only Ways To Unlatch a Buckle In A Crash

- OVERLOAD
- INADVERTENT CONTACT
- FALSE LATCH
- PARTIAL ENGAGEMENT
- INERTIAL RELEASE

Knowing that seatbelt buckles can unlatch in a crash, it is incumbent on any type of investigator to conduct a thorough seatbelt investigation before concluding a person was belted or unbelted when an crash began. However, this isn't always done.

In fact, oftentimes, people jump to a conclusion that a person was unbelted when they see or learn that a person was ejected from the vehicle during a motor vehicle crash.

# "UNBUCKLED" STATUS IS SOMETIMES WRONG"

If someone relies <u>exclusively</u> on the sensing diagnostic module (SDM) data retrieved from the vehicle's onboard computer, they may be relying on flawed data. The NHTSA has uncovered hundreds of accidents where the SDM indicated the ejected person was in fact "buckled."



**Vetronix**   **CDR**

| Vehicle Identification Number | 3GNFK16R8XG134932 |
|---|---|
| Investigator | john |
| Case Number | scott krist |
| Investigation Date | 02-06-02 |
| Crash Date | |
| Filename | 3GNFK16R8XG134932 #1.CDR  #3 |
| Saved on | 2/6/02 1:07:10 PM |
| Data check information | A460DB71 |
| CDR version | Crash Data Retrieval Tool 1.200 |
| Program verification number | 948D3C51 |

**Vetronix**   **CDR** CRASH DATA RETRIEVAL SYSTEM

## System Status At Near Deployment

| | |
|---|---|
| SIR Warning Lamp Status | OFF |
| Driver's Belt Switch Circuit Status | BUCKLED |
| Passenger Front Air Bag Suppression Switch Circuit Status | Air Bag Not Suppressed |
| Ignition Cycles At Near Deployment | 6517 |
| Ignition Cycles At Investigation | 6520 |
| Algorithm Enable to Maximum SDM Recorded Velocity Change (msec) | 93.75 |
| Maximum SDM Recorded Velocity Change (MPH) | -8.3372 |



There have been crashes reported where the decedent was still found belted inside his vehicle and the EDR download indicated "unbuckled." Still other reported accidents had the decedent ejected from his vehicle when the seat collapsed rearward, and yet the buckle was still latched but the EDR download indicated "unbuckled."

Some, crash investigators have concluded that people are unbelted when they are ejected or displaced from their reported seating position inside the vehicle.

Jumping to a conclusion without evaluating any of the physical, medical or forensic evidence is a rather close-minded and shallow methodology. In fact, it is no methodology at all.





Retractor jammed with webbing extended.



Retractor frame damaged when seatbelt load is applied.



Imprint of the webbing in plastic coated parts of the restraint, such as the latch plate or D-ring. There is often a corresponding transfer of plastic to the webbing.



Torn or broken seatbelt webbing due to overload or a sharp surface.



Webbing is discolored due to clothing transfer.



Plastic transfer from D-ring / latch plate on webbing.



Webbing curled. (Also often called "cupping")
This is caused from occupant loading.



D-ring fractured due to loading.



Seatbelt buckle stalk is deformed due to loading.



Latch plate fractured due to loading



Friction marks may be visible



Airbag deployment prevented loading



Injury Patterns



## External Injuries

**Chest Injuries**

Patchy abrasions and purple contusions involve inner upper and lower quadrants of left breast

Confluent to punctate hemorrhages with linearity.

Purple contusions and red abrasions extend at an angle from left neck base across left supraclavicular fossa and left clavicle, across left breast, across mid chest and across lower right anterior chest

**Right Wrist**

Palpable dislocation

**Abdomen**

Distended with horizontal abrasion of left upper quadrant and vertical abrasions of lateral right upper quadrant.

**Facial Injuries**

Contusion of left intraorbital ridge
Abrasion of right forehead
Abrasion of right eyelid
Abrasions to right side of face

**Left Shoulder**

deep brownish-black abrasions overlying the anterior and lateral aspects of left shoulder and base of the neck

**Left Forearm**

Purple contusions, red abrasions and deep lacerations



## Injury marks may not always be 1 ¾ inches

- In crashes where there are multiple components such as a frontal, then a side slap followed by a rollover, it is not uncommon for the bruises to be much wider than the seatbelt due to occupant movement.

- If the seatbelt folds, as it often does at the neck, or across the lap, the bruise or belt abrasions may be much narrower than the webbing.

Any determination of seatbelt use should also evaluate the absence of injuries to the individual whose belt use is being evaluated.



## Lack of Injuries

**Ears**
No abrasions, contusions or bruising

**Right Side Face**
No multiple facial fractures and/or nasal fractures
No dental damage
No jaw fractures
No glass "dicing" injuries

**Right Shoulder**
No right side bruises or abrasions

**Neck**
No cervical bony fractures
No neck soft tissue or ligamentous injuries

**Respiratory**
No aorta, heart or respiratory damage
No deceleration injury

**Cranial**
No epidural or subdural hemorrhage
No deceleration injury

**Left Side Face**
No multiple facial fractures and/or nasal fractures
No dental damage
No jaw fractures
No abrasions, bruises or lacerations
No glass "dicing" injuries

No lower torso injuries
No injuries to tibia, shins, ankles and feet

## LACK OF INJURIES

Any determination of seatbelt use should also
evaluate the absence of injuries to the individual
whose belt use is being evaluated.

Facial abrasions, contusions or lacerations
Fractured facial bones
Fractured nasal bones
Cervical fractures
Cervical ligamentous injuries
External skull fractures
Abrasions and contusions to shoulders
Abrasions, contusions to lower torso
Fractures to patellas, tibias, fibulas and ankles

## Investigate, Test and Document



First, determine where the webbing goes into the trim such that the webbing is not exposed to the crash environment when not worn.

Measured position of a "Stowed Belt" where the belt enters the protected area inside the trim.

Second, inspect the seatbelt webbing at all areas below this measurement point. The photograph below shows that no piece of evidence is too small that is placed on the evidence board.



One way to document the location of belt evidence found beyond the trim panel stow point is to focus solely on the areas of the seatbelt webbing that would have been below the point where the webbing goes into the trim. If the seatbelt was not being worn when the accident began, there is little chance that damage to the seatbelt webbing beyond the trim panel stow point could happen.

Third, document every mark, cut, dirt/stain, pulled fiber, cupped fiber and damage to the webbing on the label side and non-label side of the belt from 1 inch to the end of the belt. The technician should then transfer each cut, dirt/stain, pulled fiber, cupped fiber and observation of webbing damage onto an evidence board. The best way to accurately and thoroughly document the webbing evidence is to remove the belt and lay it out on a prepared board that has a measuring tape and illustrates the same number of webbing panels as the actual webbing.

Second, inspect the seatbelt webbing at all areas below this measurement point. The photograph below shows that no piece of evidence is too small that is placed on the evidence board.

# SURROGATE STUDY- CORRELATING PHYSICAL EVIDENCE TO MEDICAL EVIDENCE

Using a surrogate the same height, weight and waist size as the individual being evaluated, determine where all physical belt evidence that has been transferred onto the seatbelt evidence board matches up on the surrogate's body.















Focus on this area of the webbing

**Label and non-label side of seatbelt is laid out on a seatbelt evidence board that includes a measuring tape.**

# THE VEHICLE INTERIOR MUST BE EVALUATED AND COMPARED TO MEDICAL EVIDENCE

A cut on the seatbelt webbing can correspond to a of diagnosing seatbelt usage by evaluating the bruise or abrasion. More pronounced belt loading presence of damage and lack of damage that are like cupping can correspond to deeper bruises or found inside the vehicle. Just like the absence of fractures on the occupant.

Injury is important to the forensic pathologist, the absence or presence of damage to vehicle components like the steering wheel, instrument panel, lower dash, a-pillar, b-pillar and back of the front seats should also be evaluated. When a driver is unrestrained, the steering wheel and knee bolsters are typically deformed and there is hair in the windshield.



### Expansion loops

In an effort to favorably modify the kinematics of test dummies in barrier impacts, seat belt assembly designs often incorporate expansion loops. An expansion loop introduces additional webbing length when a predetermined level of tension is reached. Expansion loops are composed of webbing that is folded along the short axis and stitched in place

The thread material and stitch pattern used to make the rows of stitching is designed to tear at predetermined webbing tension levels, for instance around 600 to 700 pounds. When the stitches tear, the webbing fold will partially open thereby introducing additional webbing. Photograph shows the torn stitches of an expansion loop during a test.



## Seat Belt Anchors

Seat belt attachments are points where the occupant restraining forces are transferred from the seat belt assembly to the vehicle structure. If the webbing does not terminate at a retractor, then the webbing end is anchored to the vehicle.

A warning label, commonly stating "REPLACE BELT," is often visible after the stitches are torn.









They're designed for rear-seat occupants only and, in the event of a frontal or side impact, will inflate the belt across a passenger's chest in 40 milliseconds. When expanded, the belt cover five times more surface area of the body than a normal seat belt, which helps better distribute the forces of a crash.



Under the multi-disciplinary approach, no one particular piece of evidence trumps another. The evidence, when considered as a whole, is utilized to help diagnose seatbelt usage or non-usage. When the "loop is closed," the investigator can accurately say that a person is belted or unbelted having considered all of the evidence.



# Seat Belt Recalls and Notices

## *http://www.safercar.gov.*



**≋ SUZUKI.**                                    **CAMPAIGN**

# Service Bulletin

NUMBER: SC-39
PAGE:     1 of 3

SUBJECT: SAFETY RECALL NOTICE No. KY
          Driver and Front Passenger Seat Belt Buckles

MODEL:   Certain 2006 and 2007 Suzuki Forenza and Reno Models

Suzuki Motor Corporation has decided to conduct a Safety Recall campaign on certain 2006 and 2007 Suzuki Forenza and Reno vehicles. The campaign code is "KY".

Affected vehicles were produced with improperly manufactured driver and front passenger seat belt buckles. It is possible that plastic pieces inside the seat belt buckle can break off and remain inside the buckle. The buckle could fail to latch, or could seem to have latched without latching completely. If the buckle does not latch completely, the buckle could release without pressing the release button. These buckle malfunctions, which could prevent a person from using the seat belt or could cause the seat belt to fail to function as designed, can increase the risk of injury in a crash.

Suzuki dealers are requested to replace driver and front passenger seat belt buckles. Refer to Forenza/Reno Technical Bulletin, Restraint TS 04 07277.

1.   **Affected Vehicles**

     Certain 2006~2007 Suzuki Forenza Sedan
     KL5JD56Z_6K234758~KL5JD56Z_7K597150

# GM recalls 300,000 Impalas over seat belt problem

Posted: 12:52 pm Fri, October 15, 2010
By Associated Press

👍 Like    Be the first of your friends to like this.

🐦 Tweet   0

DETROIT — General Motors said Friday it was recalling more than 300,000 Chevrolet Impala sedans because the seat belts may fail to restrain people in the front seats during a crash.

The National Highway Traffic Safety Administration said on its website that the front-seat belt webbing may not be secured properly to a lap belt anchor on the side of the seat near the doors.

The recall affects Impalas from the 2009 and 2010 model years. GM said 303,100 vehicles are in the United States and more than 19,000 are in Canada.

GM said in a statement that it did not know of any injuries or deaths connected to the recall. The Detroit automaker told NHTSA that it had received 32 warranty reports with the seat belt conditions through mid-August.

Dealers will inspect how the belts are anchored. The will reinstall the anchors if needed at no cost to the owners.

Owners will be notified later this month and can contact Chevrolet at 1-800-630-2438.

👍 Like    Be the first of your friends to like this.

🐦 Tweet   0

Powered by Bookmarkify™

## IMPORTANT SAFETY RECALL NOTICE

Dear Suzuki Owner:

This notice is being sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

Suzuki Motor Corporation has decided that a defect which relates to motor vehicle safety exists in certain 2006 and 2007 Suzuki Forenza and Reno vehicles. According to our records, you own one of the vehicles affected by this recall.

Affected vehicles were produced with improperly manufactured driver and front passenger seat belt buckles. It is possible that plastic pieces inside the seat belt buckle can break off and remain inside the buckle. The buckle could fail to latch, or could seem to have latched without latching completely. If the buckle does not latch completely, the buckle could release without pressing the release button. These buckle malfunctions, which could prevent a person from using the seat belt or could cause the seat belt to fail to function as designed, can increase the risk of injury in a crash.



To correct this condition, your Suzuki dealer will replace the front seat belt buckles on your vehicle at no cost to you for parts and labor.

# Common Problems

- Corrosion
- Material obstructing positive latch
- Torsion bar
- Latch locking issues
- Defective webbing
- Anchors defective







