UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:17-CV-12462- WGY

ANNA V. KASHPER, Individually and as
Mother and Next Friend of Three Minors and
as Personal Representative of the Estate of
KONSTANTIN M. KASHPER,

    Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A., INC.
TOYOTA MOTOR CORPORATION,
ENTERPRISE FM TRUST
ENTERPRISE FLEET MANAGEMENT,

    Defendants.

**STIPULATION OF DISMISSAL, WITH PREJUDICE AS TO DEFENDANTS ENTERPRISE FM TRUST AND ENTERPRISE FLEET MANAGEMENT ONLY**

In accordance with the provisions of Fed. R. Civ. P. 41, the parties to the above-captioned matter hereby stipulate to dismiss, with prejudice, without costs or attorney's fees, and waiving all rights of appeal, any and all claims between the Plaintiff and the defendants, Enterprise FM Trust and Enterprise Fleet Management in the above action.

| Plaintiff, | Defendants, |
|---|---|
| | Enterprise FM Trust and Enterprise Fleet Management |
| By her attorneys, | By Its Attorneys, |
| | */s/ Grace V.B. Garcia* |

_____

Marc S. Alpert, Esq., BBO#
Marc S. Alpert, P.C.
15 Court Square
Boston, MA 02108
617-227-2380
fax 866-393-2857

_____

Grace V.B. Garcia, BBO #640970
ggarcia@morrisonmahoney.com
Kate A. Messinger, BBO #691468
kmessinger@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-737-8822
Fax:       617-342-4914

The Defendants,
Toyota Motor Corporation,
Toyota Motor Sales, U.S.A., Inc.,
By its Attorneys,

_____

James M. Campbell, BBO #541882
David M. Rogers, BBO #542233
Jacob J. Lantry, BBO #6901452
Campbell, Conroy & O'Neil, P.C.
One Constitution Center
Boston, MA 02120
617-241-3000

## CERTIFICATE OF SERVICE

On January 15, 2019, I, Grace V.B. Garcia, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Grace V.B. Garcia*

Grace V.B. Garcia