UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case # 1:17-cv-12462-WGY

ANNA V. KASHPER, individually, and as mother   and next
friend of Three Minors and as personal representative of the
ESTATE OF KONSTANTIN
M. KASHPER,

        Plaintiff,

  VS.

TOYOTA MOTOR SALES, U.S.A., INC.;
TOYOTA MOTOR CORPORATION;
ENTERPRISE FM TRUST; ENTERPRISE FLEET  MANAGEMENT; JOHN DOE 1; JOHN DOE 2
and JOHN DOE 3,

        Defendants.

**KASHPER PLAINTIFFS EX-PARTE MOTION TO FILE THREE AFFIDAVITS OF EXHIBITS THAT ARE INCLUDED IN THE OPPOSITION AND STATEMENT OF MATERIAL FACTS, BUT DUE TO INADVENTENCE OF MISTAKE NOT FILED WITH STATEMENT OF MATERIAL FACTS**

      Kashper plaintiffs move to file three affidavits that were by inadverdence or mistake not filed as exhibits with the Statement of Material Facts. All three affidavits are written out in entirety as part of the text of the Opposition and also in the Statement of Material Facts.  So, this filing is not adding anything new to the opposition package. The three are Konstantin Vaysband, Slava Gliksberg, and Leon Bouriev and the signed affidavits are attached.

Kashper plaintiffs by their attorney,

Marc S Alpert, BBO#016420
Marc S Alpert, P.C.
15 Court Square, #940
Boston, MA 02108-2524
Tel: 617 227-2380, Fax: 866-393-2857
E-mail: trepla2380@juno.com, marcalpert2015@gmail.com

Certificate of service: I certify that in addition to the automatic service on all those who have filed an appearance, a copy of this is being e-mailed to David M. Rogers.

_____

Rule 7.1 Certificate

Eight days prior to filing an almost identical copy of this  was forwarded by e-mail with the request to advise if Defendant wished to conference. There has been no response.

_____

Affidavit of Leon Bouriev

My name is Leon Bouriev. Konstantin Kashper and I were friends since about 1995 until his death in January 2017. We have been good friends since high school. From about 1995 to sometime in January 2017, I have been on average at least once a week in a moving motor vehicle in which Konstantin was either the driver or a passenger. The last time  was about the week before Konstantin Kashper's death when we went together to a car show. Konstantin Kashper always, absolutely always, wore a seatbelt. His wife's Anna's description of Konstantin Kashper being a fanatic about wearing seatbelts is correct.

.

Signed under the pains and penalties of perjury this          day  of  January 2019.          .

**Affidavit of Slava Glikberg**

My name is Slava Glikberg. Konstantin Kashper and I were best friends in high school and into adult hood. I have been countless times in a moving vehicle in which Konstantin was either the driver or a passenger. The last time we were in a motor vehicle together was a few years before Konstantin's death. Konstantin Kashper always, absolutely always, wore a seatbelt.

Signed under the pains and penalties or perjury this day _6th_ of _January_ 2019.

_Slave _____

SCANNER
ODYSSEY APPS

**Affidavit of Slava Glikberg**

My name is Slava Glikberg. Konstantin Kashper and I were best friends in high school and into adult hood. I have been countless times in a moving vehicle in which Konstantin was either the driver or a passenger. The last time we were in a motor vehicle together was a few years before Konstantin's death. Konstantin Kashper always, absolutely always, wore a seatbelt.

Signed under the pains and penalties or perjury this day __6th__ of __January__ 2019 .

SCANNER
ODYSSEY APPS



### Affidavit of Konstantin Vaysband

My name is Konstantin Vaysband. Anna Kashper is my sister. Konstantin Kashper was my brother-in-law. I have been in a moving motor vehicle many times in which Konstantin Kashper was either a passenger of the driver. The last time Konstantin Kashper and I were in a motor vehicle together was about a month or so before Konstantin Kashper died. Konstantin Kashper always, absolutely always, wore a seatbelt.

Signed under the pains and penalties of perjury this 1st day of January 2019.

 **Gmail**

**Marc Alpert <marcalpert2015@gmail.com>**

---

## (no subject)
1 message

---

**Marc Alpert** <marcalpert2015@gmail.com>                                   Mon, Jan 21, 2019 at 9:17 PM
To: "Lantry, Jacob J." <JLantry@campbell-trial-lawyers.com>, "Rogers, David M." <drogers@campbell-trial-lawyers.com>, Richard Denney <rdenney@dennbarr.com>
Bcc: Anna Kashper <avkashper@gmail.com>, Dmitry Burshteyn <dmitry@myperfectdental.com>

Here is a motion I intend to file.  Plan is still to settle, but want to correct this anyhow. Please advise
if you want to conference.


### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

)
ANNA V. KASHPER, individually, and as mother ) and next friend of
Three Minors and as personal) representative of the ESTATE OF
KONSTANTIN )
M. KASHPER,                                         )
                                                    )
    Plaintiff,                              )
                                                    )          Text Box: C.A. No. 1:17-cv-
    VS. )                                         12462-WGY
                                                    )
    TOYOTA MOTOR SALES, U.S.A., INC.;      )
    TOYOTA MOTOR CORPORATION;              )
ENTERPRISE   FM   TRUST;   ENTERPRISE   FLEET   )
MANAGEMENT; JOHN DOE 1; JOHN DOE 2
            )
    and JOHN DOE 3,                        )
                                                    )
    Defendants.                            )


**KASHPER PLAINTIFFS EX-PARTE MOTION TO FILE THREE AFFIDAVITS OF EXHIBITS THAT ARE INCLUDED IN THE OPPOSITION AND STATEMENT OF MATERIAL FACTS, BUT DUE TO INADVENTENCE OF MISTAKE NOT FILED WITH STATEMENT OF MATERIAL FACTS**

      Kashper plaintiffs move to file three affidavits that were by inadvertence or mistake not filed as exhibits with the Statement of Material Facts. All three affidavits are written out in entirety as part of the text of the Opposition and also in the Statement of Material Facts. So, this filing is not adding anything new to the opposition package. The three are Konstantn Vaysband, Slava Gliksberg, and Leon Bouriev.

Kashper plaintiffs by their attorney,

Marc S Alpert, BBO#016420
Marc S Alpert, P.C.
15 Court Square, #940
Boston, MA 02108-2524
Tel: 617 227-2380, Fax: 866-393-2857
E-mail: trepla2380@juno.com, marcalpert2015@gmail.com

Certificate of service: I certify that in addition to the automatic service on all those who have filed an appearance, a copy of this is being e-mailed to David M. Rogers.