UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA V. KASHPER, individually, and as mother and next friend of Three Minors and as personal representative of the ESTATE OF KONSTANTIN M. KASHPER,<br><br>Plaintiff,<br><br>VS.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.;<br>TOYOTA MOTOR CORPORATION;<br>ENTERPRISE FM TRUST; ENTERPRISE FLEET MANAGEMENT; JOHN DOE 1; JOHN DOE 2 and JOHN DOE 3,<br><br>Defendants. | C.A. No. 1:17-cv-12462-WGY |

AFFIDAVIT OF ANNA KASHPER IN SUPPORT OF OPPOSITION TO TOYOTA'S MOTION TO STRIKE

Kashper plaintiffs by their attorney,
s/
Marc S Alpert, BBO#016420
Marc S Alpert, P.C.
15 Court Square, #940
Boston, MA 02108-2524
Tel: 617 227-2380, Fax: 866-393-2857, e-mail: trepla2380@juno.com, marcalpert2015@gmail.com

Certificate of service: I certify that in addition to the automatic service on all those who have filed an appearance, a copy of this is being e-mailed to David M. Rogers.
s/
_____

Affidavit of Anna Kashper

1. My name is Anna Kashper. I understand there is some question regarding the GPS data in the case of Kashper v. Toyota.

2. Within a day or so of Konstantin Kashper's death I logged onto the system that Borrego was using and screen shot the data they had on there. Those screen shots I later gave to my attorney and I understand were then provided to Toyota during discovery.

3 I still have in my possession the phone.

Signed under the pains and penalties of perjury this 4th day of February 2019.

*/s/ Anna W. Kashper*