UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNA V. KASHPER, individually, and as mother ) and next friend of Three Minors and as personal) representative of the ESTATE OF KONSTANTIN ) M. KASHPER,<br><br>    Plaintiff,<br><br>VS.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.;<br>TOYOTA MOTOR CORPORATION;<br>ENTERPRISE FM TRUST; ENTERPRISE FLEET MANAGEMENT; JOHN DOE 1; JOHN DOE 2 and JOHN DOE 3,<br><br>    Defendants. | C.A. No. 1:17-cv- 12462-WGY |

## PLAINTIFFS' FILING WITH LEAVE OF COURT THREE SIGNED AFFIDAVITS OF LEON BOURIEV, SLAVA GILKBERG AND KONSTANTIN VAYSBAND

Attached are three affidavits, leave of court having been granted.

Plaintiffs by their attorney,

Marc S. Alpert, BBO#016420
Marc S Alpert, P.C.
15 Court Square, #940, Boston, MA 02108-2524
tel; 617 227-2380  fax 866-393-2857
e-mail: marcalpert2015@gmail.com, trepla2380@juno.com

Certificate of service-By court system.  Affidavits been provided multiple times already to counsel for Toyota.

_____

Affidavit of Leon Bouriev

My name is Leon Bouriev. Konstantin Kashper and I were friends since about 1995 until his death in January 2017. We have been good friends since high school. From about 1995 to sometime in January 2017, I have been on average at least once a week in a moving motor vehicle in which Konstantin was either the driver or a passenger. The last time was about the week before Konstantin Kashper's death when we went together to a car show. Konstantin Kashper always, absolutely always, wore a seatbelt. His wife's Anna's description of Konstantin Kashper being a fanatic about wearing seatbelts is correct.

Signed under the pains and penalties of perjury this ____ day of January 2019.

_____

**Affidavit of Slava Glikberg**

My name is Slava Glikberg. Konstantin Kashper and I were best friends in high school and throughout childhood. I have been countless times in a moving vehicle in which Konstantin was either the driver or a passenger. The last time we were in a motor vehicle together was a few days before Konstantin's death. Konstantin Kashper always, absolutely always wore a seatbelt.

Signed under the pains and penalties of perjury this day 6th of January 2019.

*[signature]*



..., Vaysband. Anna Kashper is my sister. Konstantin Kashper was my brother-in-law. ... vehicle many times in which Konstantin Kashper was either a passenger ... Kashper and I were in a motor vehicle together was about a ... ever died. Konstantin Kashper always, absolutely always, wore a ...

... of perjury this 1st day of January 2019.